# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 14, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148373(58)

NAUM THOMAI and ZHULIETA THOMAI,
      Plaintiffs-Appellees,

v

MIBA HYDRAMECHANICA CORPORATION
and CORPORATIONS X AND Y,
      Defendants-Appellants

_____/

SC: 148373
COA: 310755
Macomb CC: 2011-001947-NO

     On order of the Chief Justice, the motion of the Michigan Manufacturers Association to participate as amicus curiae is GRANTED. The amicus brief submitted on February 11, 2014, by the Michigan Manufacturers Association on the application for leave to appeal is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 14, 2014



Clerk